

420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President

September 8, 2021

The Honorable Ronnie Abrams, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 1506
New York, NY 10007

      Re:    **Umar Wright v. Metro North Railroad Company**
               **21-cv-871 (RA)(PTW)**

Dear Judge Abrams:

    Please allow this correspondence to request an adjournment of the December 17, 2021 conference in this matter. This Court recently re-scheduled the conference for December 17, 2021 at 10:30. Upon obtaining this date, I checked my schedule for any conflicts with this conference date. I need to let the Court know that I am scheduled to appear before Honorable Judge Nelson Roman for a Case Management Conference on the same date and at the same time in a matter titled *Dingee v. Metro-North Commuter Railroad*, File No.: 21-cv-00221.

    As such, I am forwarding this letter to request this Court to adjourn the conference to another mutually convenient date for all parties. I can make myself available on December 17 in the afternoon or December 16 or December 20.

    Thank you for your courtesies in this matter. I wanted to send this request as soon as possible seeking this Court's guidance. Please be advised that both parties just recently requested an extension of the deadlines which was granted. I have not consulted with the Plaintiff's attorney, Mr. Sean Constable, since this request is solely due to my conflict.

Thank you.

Very truly yours,

*[signature]*

Alan Muraidekh
Associate Counsel
(212) 340-2203

cc: Sean Constable, Esq. (Via ECF)

Application granted. The post-fact-discovery conference will be held December 16, 2021 at 2:00 p.m.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
09/09/21

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
**Janno Lieber, MTA Acting Chair & CEO**