

420 Lexington Avenue
New York, NY 10170
www.mta.info

**Catherine A. Rinaldi**
President

February 15, 2022

The Honorable Ronnie Abrams, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 1506
New York, NY 10007

> Application granted. The Court will refer this matter to Judge Wang for settlement by separate order. Within one week of the settlement conference, the parties shall file a joint letter updating the Court on the status of the case. The post-discovery conference is hereby adjourned.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> 2/16/22

Re: **Umar Wright v. Metro North Railroad Company**
    **21-cv-871 (RA)(PTW)**

Dear Judge Abrams:

Please allow this Joint Letter updating the Court on the status of this matter.

Parties have completed all initial paper discovery and responses. In addition, parties have completed all depositions. Defendant is still awaiting a response to its Post EBT demand dated January 20, 2022. Defendant is waiving its right to perform an Independent Medical Examination in this matter.

The parties believe request that this matter be assigned to a Magistrate for mediation purposes at this time.

We thank Your Honor for your time and consideration. We will make ourselves available at your Honor's convenience.

**FLYNN & WIETZKE, P.C.**

BY: _____
Sean Constable, Jr., Esq.
1205 Franklin Avenue, Suite 370
Garden City, NY 11530
Tel No.: 516-877-1234

**Attorneys for Plaintiff**
**Umar Wright**

Metro-North Commuter
Railroad Company

BY: _____
Alan Muraidekh, Esq.
   (AM-6140)
420 Lexington Avenue, 11th Floor
New York, New York 10170
amuraidekh@mnr.org
(Attorneys for Metro-North)

cc: Sean Constable, Esq. (Via ECF)